IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ JE ___ D.C.
05 NOV 29 AM 10: 13

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

---

HARVINDER S. SANDHU, M.D., and  )
KYPHON INC.,                    )
                                )
       Plaintiffs,              )
                                )
v.                              )   No. 05-2863 Ml/V
                                )
MEDTRONIC SOFAMOR DANEK, INC.,  )
MEDTRONIC SOFAMOR DANEK USA,    )
INC., and SDGI HOLDINGS, INC.,  )
                                )
       Defendants.              )

---

**ORDER SEALING COMPLAINT**

---

At the request of the parties, the complaint in this cause is hereby placed under seal, not to be disclosed. This order will remain in effect until the close of business on January 17, 2006, subject to any further orders of the Court.

So ORDERED this 29 day of November, 2005.

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

-1-

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 11-29-05



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 2 in case 2:05-CV-02863 was distributed by fax, mail, or direct printing on November 29, 2005 to the parties listed.

---

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Thomas L. Halkowski
FISH & RICHARDSON P.C.
919 N. Market Street
Suite 1100
Wilmington, DE 19899--111

Frank E. Scherkenbach
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110--280

Honorable Jon McCalla
US DISTRICT COURT