IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

HARVINDER S. SANDHU, M.D., and )
KYPHON INC., )
    )
    Plaintiffs, )
    )
v. ) No. 05-2863 Ml/V
    )
MEDTRONIC SOFAMOR DANEK, INC., )
MEDTRONIC SOFAMOR DANEK USA, )
INC., and SDGI HOLDINGS, INC., )
    )
    Defendants. )

---

### ORDER FOLLOWING TELEPHONE CONFERENCE

A telephone status conference in this case was held on November 29, 2005. Appearing for Plaintiffs was Glen R. Reid, Jr. Appearing for Defendants was Brad Trammell.

At the request of the parties, the Court ordered that the complaint in this cause be placed under seal until January 17, 2006. On that date, the Court will hold a status conference in this cause.

So ORDERED this 29 day of November, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

-1-

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  11-30-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02863 was distributed by fax, mail, or direct printing on December 1, 2005 to the parties listed.

---

Frank E. Scherkenbach
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110--280

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Thomas L. Halkowski
FISH & RICHARDSON P.C.
919 N. Market Street
Suite 1100
Wilmington, DE 19899--111

Honorable Jon McCalla
US DISTRICT COURT